**STATE OF MONTANA,**
Plaintiff,                                    **CAUSE NO. DC-05-199**
vs.                                           **DECISION**
**BRIAN TORRES-EVANS,**
Defendant,

On February 28, 2006, the defendant was sentenced for violation of the conditions of a suspended sentence as follows: Count I: Twenty (20) years in the Montana State Prison, with fifteen (15) years suspended, for the offense of Criminal Possession of Dangerous Drugs with Intent to Distribute (methamphetamine), a felony.

On August 2, 2007, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The majority of the Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the majority decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 2nd day of August, 2007.

DATED this 14th day of August, 2007.

Chairperson, Hon. Randal I. Spaulding and Member, Hon. Stewart Stadler

The Hon. Katherine Irigoin dissents.

It is Judge Irigoin's opinion that the sentence is excessive in light of the dependent's age, criminal history, and the nature of the crime, and would modify the sentence to a commitment to the Department of Corrections for a term of fifteen (15) years, with ten (10) years suspended.

Member, Hon. Katherine Irigoin